# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **STEVEN JOSEPH RODNEY** | **CIVIL ACTION NO. 23-0555** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE TERRY A. DOUGHTY** |
| **J. HEDGEMON, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 10] previously filed herein, and having thoroughly reviewed the record, noting the lack of objections thereto, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Steven Joseph Rodney's claims against Captain Barnes, and the access-to-court claim are **DISMISSED** as frivolous and for failing to state claims on which relief may be granted.

**IT IS FURTHER ORDERED** that Plaintiff's claims against Warden J. Hedgemon and Assistant Warden Russell shall remain in place.

**MONROE, LOUISIANA**, this 11th day of September 2023.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE