**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**STEVEN JOSEPH RODNEY**                          **CASE NO.  3:23-CV-00555 SEC P**

**VERSUS**                                                         **JUDGE TERRY A. DOUGHTY**

**J. HEDGEMON, ET AL.**                              **MAG. JUDGE KAYLA D. MCCLUSKY**

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 28] previously filed herein, having thoroughly reviewed the record, noting the lack of objections filed thereto, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion for Summary Judgment [Doc. No. 22] filed by Defendants Warden Johnny Hedgemon and Assistant Warden Russell is **GRANTED** and all claims against Defendants are hereby **DISMISSED WITH PREJUDICE**.

**MONROE, LOUISIANA**, this 23rd day of January 2025.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**